■ MIRZA FARAHMANDPOUR, Appellant, v SAMUEL S. SINGER, Respondent. [667 NYS2d 940] —In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Queens County (Lonschein, J.), dated July 1, 1996, which, upon a jury verdict, is in favor of the defendant and against him, dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

A jury verdict should not be set aside as against the weight

of the evidence unless the jury could not have reached its verdict on any fair interpretation of the evidence (*see, Nicastro v Park,* 113 AD2d 129). Determinations as to the credibility of the witnesses are for the fact-finder, who had the opportunity to see and hear the witnesses (*see, Frangello v Namm,* 157 AD2d 649; *Birnbaum v All-State Vehicle,* 139 AD2d 553; *Sheps v Hall & Co.,* 112 AD2d 281). A review of the evidence in this case demonstrates that a fair basis existed for the verdict in the defendant's favor.

We find unpersuasive the plaintiff's contention that he was deprived of a fair trial by the trial court's conduct. Contrary to the plaintiff's contention, the court did not improvidently exercise its discretion in limiting cross-examination of the defendant with respect to alleged inconsistent statements (*see, People v Duncan,* 46 NY2d 74, *cert denied* 442 US 910).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPLR 5501) or do not warrant reversal. Mangano, P. J., Joy, Altman and Luciano, JJ., concur.